# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 27, 2023

## NO. 03-22-00709-CV

**Joshua Jackson, Rolan Rast, Todd Gilbertson,
Derrick Lehman, and Alexander Lomovstev, Appellants**

**v.**

**City of Austin, Travis County, State of Texas, Black Lives Matter, Austin Justice Coalition, Mike Ramos Brigade, ANTIFA, Safariland Defense Technology, Defense Technology, CTS Tactical, CSI Combined Systems, John Doe Defendants and as of yet Unidentified Entities, Appellees**

### APPEAL FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES BAKER, KELLY, AND SMITH
### DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE SMITH

This is an appeal from the interlocutory order signed by the trial court on September 28, 2022.

Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal.

Therefore, the Court dismisses the appeal for want of jurisdiction. Appellants shall pay all costs

relating to this appeal, both in this Court and in the court below.